UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANTHONY HERNANDEZ, | : Case No.: 3:17-cv-419 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendants. | : |

# ORDER

This matter is before the Court on Commissioner's Motion to Reinstate the Case. (Doc. No. 16). The Commissioner indicates that upon remand under Sentence Six of 42 U.S.C. § 405(g), the ALJ "found no change in his earlier conclusion that Plaintiff has not been under a disability from the date of alleged onset, January 2, 2012, through the date of the ALJ's most recent decision, July 7, 2021." (Doc. No. 16, PageID 637). Accordingly, the Commissioner requests that Plaintiff's claim be reinstated for judicial review of the ALJ's decision and that the Court issue a new decision on the merits of Plaintiff's claim.

For good cause shown, this case is hereby **REINSTATED** on the docket of this Court. Defendant is **ORDERED** to file a supplemental certified administrative record. Plaintiff must file his Statement of Specific Errors not later than forty-five (45) days after service of the supplemental certified administrative record. *See* Local Rule 8.1.A(c). The Commissioner shall have forty-five (45) days after service of Plaintiff's Statement of

Specific Errors to file its Response.  *Id.*  Plaintiff may file his Reply not later than fifteen (15) days after service of the Commissioner's Response.  *Id.*

    **IT IS SO ORDERED.**

October 27, 2021                                       *s/Sharon L. Ovington*
                                                         Sharon L. Ovington
                                                         United States Magistrate Judge